NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5094,

FRANK E. FISHER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 00-CV-740, Senior Judge Eric G. Bruggink.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Frank E. Fisher moves for an extension of time to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Fisher's brief, if it has not already been filed, is due April 17, 2009. No further extensions.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc:  Edward A. Zimmerman, Esq.
     Douglas K. Mickle, Esq.
s8